# EXHIBIT B

Case 1:21-cv-08378-LJL   Document 1-2   Filed 10/11/21   Page 1 of 3

# Winter Scott
## Solicitors

St Olave's House
Ironmonger Lane
London EC2V 8EY
Telephone: + 44 (0)20 7367 8989
Fax: + 44 (0)20 7726 2371
E-mail: firstinitialsurname@winterscott.co.uk

Stephenson Harwood Middle East LLP

Level 13, Burj Daman Building

Dubai International Finance Centre

PO Box 482017, Dubai

UAE

13th May 2021

**BY EMAIL**

Dear Sirs,

**Re:    MT "JAG LEELA"
          CP dd 25.04.2021**

We should be grateful if you would note that we have been instructed by Penfield Tankers (Aframax) LLC ("Disponent Owners") in respect of this matter. We have been passed copies of various messages sent from your firm to our Clients including your message of 12th May 2021 in which your Clients provided voyage orders for the entirety of the cargo to be discharged by way of STS from the above Vessel to MT EUROGLORY.

It is our understanding that those voyage instructions are in the process of being carried out.

In relation to the balance of your message, please note that our Clients do not accept that they have breached any term of the Charterparty either as you have alleged in your message or at all. Consequently they also do not accept that they are liable for any of the costs or claims

Winter Scott LLP is a limited liability partnership registered in England & Wales under number OC356761, whose registered office is as above. It is authorised and regulated by the Solicitors Regulation Authority. Partners are members of the LLP.

Partners:  Glenn Winter   Ken Scott   Damian Wilkes   Tim Houghton   James King   Graeme Lloyd   Angus Jamieson
Brian Isola  Christopher Wood  Sophie-Jane Hunt  Robert Chadwick
Associate: Emma Bowen Camille Savinien

VAT No GB 819417416

alleged in your message of 12th May or any costs or claims whatsoever under or in relation to the subject Charterparty.

For present purposes however the most important issue is that the Vessel's discharge is carried out smoothly and we therefore look forward to receiving your confirmation that discharge and delivery under the Bills of Lading has been completed.

In the meantime all our Clients' rights are fully reserved.

Yours faithfully

*Winter Scott LLP*

Christopher Wood

Partner, Barrister

**WINTER SCOTT LLP**