UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLBRED TRADING DMCC,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>PENFIELD MARINE UK LTD.,<br><br>　　　　　　　　　Defendant. | Civil Action No.: 21-CV-08378-(LJL) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("Federal Rules"), Plaintiff, WELLBRED TRADING DMCC ("Wellbred"), in the above captioned matter, by and through its below signed counsel, hereby serves notice of dismissal of the above-captioned case, **without prejudice** and without order as to costs. No answer has been served, and no summary judgment motion has been filed. Thus, dismissal by notice is permitted pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules.

Dated: November 29, 2021
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**ZEILER FLOYD ZADKOVICH (US) LLP**

　　　　　　　　　　　　　　　　　　　　　　By: s/ *Eva-Maria Mayer*
　　　　　　　　　　　　　　　　　　　　　　Eva-Maria Mayer
　　　　　　　　　　　　　　　　　　　　　　Luke F. Zadkovich
　　　　　　　　　　　　　　　　　　　　　　215 Park Ave South, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10003
　　　　　　　　　　　　　　　　　　　　　　Telephone: (332) 213-0670
　　　　　　　　　　　　　　　　　　　　　　Eva.mayer@zeilerfloydzad.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Wellbred Trading DMCC*